# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| STEVEN ORTMAN, individually and for others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) BIO-MEDICAL APPLICATIONS OF ) PENNSYLVANIA, INC. AND ) FRESENIUS MEDICAL CARE ) HOLDINGS, INC., d/b/a FRESENIUS ) HEALTH CARE NORTH AMERICA ) ) Defendants. ) | Civil Action No. 1:24-cv-11599-MJJ<br><br>**JOINT NOTICE OF SETTLEMENT** |

Defendants, Bio-Medical Applications of Pennsylvania, Inc. and Fresenius Medical Care Holdings, Inc. ("Defendants"), and Plaintiff, Steven Ortman ("Plaintiff") (collectively referred to as "Parties"), by and through their undersigned counsel, provide this Joint Notice of Settlement and state as follows:

1. The Parties have reached an agreement in principle as to the resolution of the individual claims of Plaintiff Steven Ortman in connection with related litigation and to dismissal of this civil action.

2. The Parties are in the process of negotiating the terms of a settlement agreement.

3. The Parties would like to avoid further litigation costs while negotiating the terms of the settlement and, therefore, respectfully request that the Court vacate all existing litigation deadlines (including Plaintiff's deadline to respond to the pending Motion to Dismiss Defendant Fresenius Medical Care Holdings, Inc., Doc No. 30).

4. The Parties will file a status report in sixty (60) days on their progress in finalizing the terms of the settlement.

WHEREFORE, the Parties provide their Joint Notice of Settlement, and respectfully request that the Court vacate all existing litigation deadlines in this matter as it has been resolved in its entirety and as to all Parties.

Dated this 4th day of October, 2024.

*/s/ Philips J. Gordon*
**Philip J. Gordon**
Mass. BBO# 630989
**Kristen M. Hurley**
Mass. BBO# 658237
**Gordon Law Group, LLP**
Facsimile: 803-255-0202
Boston, MA 02116
Telephone: 617-536-1800
Facsimile 617-536-1802
pgordon@gordonllp.com
khurley@gordonllp.com

*/s/ William C. (Clif) Alexander*
**William C. (Clif) Alexander**
**(Admitted *Pro Hac Vice*)**
Texas Bar No. 24064805
**Austin W. Anderson (Admitted *Pro Hac Vice*)**
Texas Bar No. 24045189
**Anderson Alexander, PLLC**
101 N. Shoreline Blvd., Suite 610
Corpus Christie, Texas 78401
Telephone: 361-452-1279
Facsimile: 361-452-1284
clif@a2xlaw.com
austin@a2xlaw.com

*/s/ James F. Glunt*
**James F. Glunt (Admitted *Pro Hac Vice*)**
PA Bar No. 85555
**Erica G. Wilson (Admitted *Pro Hac Vice*)**
PA Bar No. 316343
**Fisher & Phillips LLP**
Six PPG Place, Suite 830
Pittsburgh, PA 15222
Telephone: 412-822-6621
jglunt@fisherphillips.com
ewilson@fisherphillips.com

**Jeffrey A. Fritz**
BBO# 658195
**Fisher & Phillips LLP**
200 State Street, 7th Floor
Boston, MA 02109
Telephone: 617-722-0044
jfritz@fisherphillips.com

*Attorneys for Defendants Bio-Medical Applications of Pennsylvania, Inc. and Fresenius Medical Care Holdings, Inc.*

*/s/ Richard M. Schreiber*
**Richard M. Schreiber**
TX Bar No. 24056278
**Michael A. Josephson**
TX Bar No. 24014780
**Andrew W. Dunlap (Admitted *Pro Hac Vice*)**
TX Bar No. 24078444
**Josephson Dunlap LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Phone: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
rschreiber@mybackwages.com

*/s/ Richard J. (Rex) Burch*
**Richard J. (Rex) Burch (Admitted *Pro Hac Vice*)**
TX Bar No. 24001807
**Bruckner Burch PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Phone: (713) 877-8788
Fax: (713) 877-8065
rburch@brucknerburch.com

***Attorneys for Plaintiff Ortman***

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 4th day of October, 2024, caused a true and correct copy of the Joint Notice of Settlement to be filed via CM/ECF, and provided to all parties.

*/s/ James F. Glunt*
**JAMES F. GLUNT**