UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**Steven Ortman,**

**V.**                          CIVIL ACTION NO. 1:24-cv-11599-MJJ

**Bio-Medical Applications**

**of Pennsylvania, Inc. et al**

<u>SETTLEMENT ORDER OF DISMISSAL</u>


**JOUN, D.J.**


The Court have been advised that the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within **sixty (60) days**, to reopen the action if, settlement is not consummated.


October 7, 2024

/s/ Sophie Phillips
--------------------------
**Deputy Clerk**